# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) |
| CUAUHTEMOC CABRERA-HERNANDEZ | ) USDC Case Number: 17-cr-00167-BLF-1 |
| | ) BOP Case Number: DCAN517CR00167-001 |
| | ) USM Number: |
| | ) Defendant's Attorney: Tamara Crepet |

**THE DEFENDANT:**

(X)    pleaded guilty to count(s): One(1) of the Indictment.

( )    pleaded nolo contendere to count(s):_____ which was accepted by the court.

( )    was found guilty on count(s): _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C.§1326 | Illegal Re-Entry Following Deportation | 01/26/2015 | 1 |
| | | | |
| | | | |

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )    The defendant has been found not guilty on count(s): _____

( )    Count(s) _____ is/are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/12/2018
Date of Imposition of Judgment

Signature of Judge

The Honorable Beth Labson Freeman
United States District Judge
Name & Title of Judge

7/18/2018
Date

DEFENDANT:  Cuauhtemoc Cabrera-Hernandez                                    Judgment - Page 2 of 4
CASE NUMBER:  16-cr-00167-BLF-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
    4 months, No Supervised Release Term was imposed.

( )    The Court makes the following recommendations to the Bureau of Prisons:  The Court recommends that the Defendant be
       housed in the facility as close to San Jose as possible.

( )    The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

( )    The defendant shall surrender to the United States Marshal for this district:
       ( )    at _____ am/pm on _____ (no later than 2:00 pm).
       ( )    as notified by the United States Marshal.
       The appearance bond shall be deemed exonerated upon the surrender of the defendant.

(X)    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       (X)    on 9/10/2018 (no later than 2:00 pm).
       ( )    as notified by the United States Marshal.
       ( )    as notified by the Probation or Pretrial Services Office.
       The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ , with a certified copy of this judgment.


                                                       _____
                                                            UNITED STATES MARSHAL

                                            By _____
                                                         DEPUTY UNITED STATES MARSHAL

DEFENDANT:  Cuauhtemoc Cabrera-Hernandez                                                      Judgment - Page 3 of 4
CASE NUMBER:  16-cr-00167-BLF-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

|              | Assessment  | Fine      | Restitution |
|--------------|-------------|-----------|-------------|
| **TOTALS**   | $ 100.00    | $ _____   | $ _____     |


( )   The determination of restitution is deferred until ____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered
      after such determination.

( )   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

      If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified
      otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all
      nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss[*] | Restitution Ordered | Priority or Percentage |
|---------------|---------------|---------------------|------------------------|
|               |               |                     |                        |
|               |               |                     |                        |
|               |               |                     |                        |
|               |               |                     |                        |
|               |               |                     |                        |
|               |               |                     |                        |
|               |               |                     |                        |
|               |               |                     |                        |
|               |               |                     |                        |
|               |               |                     |                        |
|               |               |                     |                        |
|               |               |                     |                        |
|               |               |                     |                        |
|               |               |                     |                        |
|               |               |                     |                        |
|               |               |                     |                        |
| **TOTALS**    | $0.00         | $0.00               |                        |


( )   Restitution amount ordered pursuant to plea agreement $ ____

( )   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before
      the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be
      subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

( )   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

      ( )   the interest requirement is waived for the fine/restitution.

      ( )   the interest requirement is waived for the fine/restitution is modified as follows:

            _____

---

[*] Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but
before April 23, 1996.

DEFENDANT: Cuauhtemoc Cabrera-Hernandez

CASE NUMBER: 16-cr-00167-BLF-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows[*]:

**A** (X) Lump sum payment of $100.00 due immediately, balance due

    ( ) not later than _____ , or

    (X) in accordance with    ( ) C,    ( ) D, or    ( ) E, and/or    (X) F below: or

**B** ( ) Payment to begin immediately (may be combined with    ( ) C,    ( ) D, or    ( ) F below: or

**C** ( ) Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of ___ over a period of _____ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ( ) Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of ___ over a period of _____ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ( ) Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** (X) Special instructions regarding the payment of criminal monetary penalties:

    **When incarcerated, payment of criminal monetary penalties are due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

( ) Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

( ) The defendant shall pay the cost of prosecution.

( ) The defendant shall pay the following court cost(s): _____

( ) The defendant shall forfeit the defendant's interest in the following property to the United States:

( ) The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, **but such future orders do not affect the defendant's responsibility for the full amount of the restitution ordered.**

---

[*] Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.